UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) Civil Action Case No. <u>2:12-cv-00294-PPS-APR</u> |
| v. | ) |
| JOHN DOES 1-11, | ) |
| Defendants. | ) |

**NOTICE OF VOLUNTARY DISMISSAL**
**WITHOUT PREJUDICE OF ALL JOHN DOE DEFENDANTS**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntary dismisses all John Doe Defendants from this action without prejudice. Defendants were assigned IP addresses: 74.94.105.17, 24.1.69.201, 24.12.238.252, 50.141.154.238, 67.167.107.54, 67.177.116.224, 98.215.228.3, 98.220.20.50, 98.220.240.58, 98.228.32.216 and 67.237.36.82, respectively. Plaintiff is dismissing the John Doe Defendants because the period of time for which the Internet Service Providers keeps the data records has elapsed.

Consistent herewith, Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: November 29, 2012

Respectfully Submitted,

NICOLETTI & ASSOCIATES, PLLC

By:   /s/ *Paul J. Nicoletti*
Paul J. Nicoletti, Esq. (P44419)
36880 Woodward Ave, Suite 100
Bloomfield Hills, MI 48304
Tel: (248) 203-7800
Fax: (248) 203-7801
E-Fax: (248) 928-7051
Email: paul@nicoletti-associates.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on November 29, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

/s/ *Paul J. Nicoletti*
Paul J. Nicoletti